UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS RIVERA,<br><br>Plaintiff,<br><br>-v-<br><br>GLOBAL LENDING SERVICES, LLC,<br>And ISLAND RECOVERY SOLUTIONS, INC.,<br><br>Defendants. | 26 Civ. 5233 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The Court recognizes that Global Lending Services, LLC filed an Answer to the Complaint on August 21, 2026. Dkt. 10. The Court also observes that co-Defendant Island Recovery Solutions, Inc. has not been served. On August 31, 2026, Plaintiff shall file a letter explaining whether she has already served Island Recovery Solutions, Inc., in which case she shall file an affidavit of service on the docket, or what efforts she has taken to serve Island Recovery Solutions, Inc. and whether she anticipates serving it by the September 21, 2026 deadline.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge