UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENESIS RIVERA,

Plaintiff,

-v-

GLOBAL LENDING SERVICES, LLC,
And ISLAND RECOVERY SOLUTIONS, INC.,

Defendants.

26 Civ. 5233 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The docket reflects that Plaintiff served co-Defendant Island Recovery Solutions, Inc. ("Island Recovery Solutions") on August 25, 2026 through the office of the Secretary of State of New York. Dkt. 12. The deadline for Island Recovery Solutions to respond to the Complaint was therefore September 15, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, without a response to the Complaint from Island Recovery Solutions. Accordingly, the Court extends *sua sponte* Island Recovery Solutions's deadline to respond to the Complaint until two weeks from the date that Plaintiff files on the docket proof that it has served Island Recovery Solutions with this Order.

Plaintiff should serve this Order on Island Recovery Solutions by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with Island Recovery Solutions on the New York Secretary of State's website—11 Inlet View Path, East Moriches, NY 11940—as well as any other addresses associated with Island Recovery Solutions that may be known to Plaintiff. Plaintiff shall file proof of such service no later than October 1, 2026.

If Island Recovery Solutions then fails to respond to the Complaint within two weeks of the

filing of proof of service, Plaintiff may seek a Certificate of Default against Island Recovery Solutions.

SO ORDERED.

Dated: September 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge