UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

GENESIS RIVERA,

Plaintiff,

-v-

GLOBAL LENDING SERVICES, LLC,
and ISLAND RECOVERY SOLUTIONS, INC.,

Defendants.

---------------------------------------------------------------------X

26 Civ. 5233 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 25, 2026, Plaintiff served co-Defendant Island Recovery Solutions, Inc. ("Island Recovery Solutions") through the office of the Secretary of State of New York. Dkt. 12. The deadline for Island Recovery Solutions to respond to the Complaint was therefore September 15, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). After that deadline passed, the Court issued an order that (1) required Plaintiff to serve that order on Island Recovery Solutions by personally delivering it to, and leaving it with, a person of suitable age and discretion at the address associated with Island Recovery Solutions on the New York Secretary of State's website, and (2) extended *sua sponte* Island Recovery Solutions's deadline to respond to the Complaint until two weeks from the date that Plaintiff filed on the docket proof that it had served Island Recovery Solutions with that order. Dkt. 14.

On September 21, 2026, Plaintiff filed on the docket proof that it had served Island Recovery Solutions with that order. Dkt. 15. Island Recovery Solutions's deadline to respond to the Complaint was therefore October 5, 2026. That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* Island Recovery Solutions's deadline to respond to the Complaint until October 22, 2026. If Island Recovery

Solutions once again fails to respond to the Complaint by its deadline to do so, Plaintiffs shall seek a Certificate of Default by October 29, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Island Recovery Solutions was served with the Court's prior order at Dkt. 15, by October 9, 2026, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: October 7, 2026
New York, New York

JOHN P. CRONAN
United States District Judge